

**ORDERED in the Southern District of Florida on June 8, 2017.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | 16-10389-AJC |
|    LIZA HAZAN, | Chapter 11 |
|    Debtor. | |
| _____/ | |
| SELECTIVE ADVISORS GROUP, LLC and LIZA HAZAN, | |
|    PLAINTIFFS, | |
| | ADV. NO. 16-01439-AJC |
| vs- | |
| NLG, LLC, | |
|    DEFENDANT. | |
| _____/ | |

**ORDER GRANTING IN FULL NLG LLC'S MOTION FOR A PROTECTIVE
ORDER [ECF 174]**

This matter came before the Court on June 7, 2017 at 2:00 p.m., for hearing on NLG LLC's Motion for Protective Order [ECF 174] (the "Motion"), and the Court, having reviewed the Motion, the record and having heard argument of counsel,

IT IS HEREBY ORDERED:

1. The Motion is **Granted** in full without prejudice.

###

Submitted by:
Astrid E. Gabbe, Esq.

Copies to (*via* CM/ECF):
1.     jgrant@msglaw.com
2.     dave@flalawyer.com
3.     jr@adrmiami.com